**ASPEX EYEWEAR, INC., Manhattan
Design Studio, Inc., Contour Optik,
Inc., and Asahi Optical Co., Ltd.,**
Plaintiffs–Appellants,

v.

**MIRACLE OPTICS, INC. and Viva
Optique, Inc., Defendants–**
Appellees.

**Aspex Eyewear, Inc., Manhattan Design
Studio, Inc., Contour Optik, Inc., and
Asahi Optical Co., Ltd.,** Plaintiffs–Ap-
pellants,

v.

**Miracle Optics, Inc. and Viva Optique,
Inc., Defendants–Appellees.**

**Aspex Eyewear, Inc., Manhattan Design
Studio, Inc., Contour Optik, Inc., and
Asahi Optical Co., Ltd.,** Plaintiffs–Ap-
pellees,

v.

**Miracle Optics, Inc. and Viva Optique,
Inc., Defendants–Appellants.**

Nos. 04–1138, 04–1265, 04–1298,
04–1299, 05–1150.

United States Court of Appeals,
Federal Circuit.

March 22, 2005.

ON MOTION

*ORDER*

Miracle Optics, Inc. et al. (Miracle)
move without opposition to voluntarily dis-
miss their appeals 04–1298, 04–1299, and
05–1150 of the February 6, 2004 and No-
vember 10, 2004 orders of the United
States District Court for the Central Dis-

trict of California in *Aspex Eyewear, Inc. v. Miracle Optics, Inc.*, No. 01–CV–10396.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss 04–1298, 04–1299, and 05–1150 is granted.*

(2) Each side shall bear its own costs for 04–1298, 04–1299, and 05–1150.

(3) The revised official caption for 04–1265 is reflected above.

(4) A copy of this order shall be transmitted to the merits panel assigned to hear this case.

---

* We note that Miracle Optics requests that this dismissal be without prejudice with respect to 04–1298 and 04–1299 and with prejudice with respect to 05–1150; however, it is not the practice of this court to dismiss with or without prejudice.